**MAGISTRATE'S CRIMINAL MINUTES**
**COMPLAINT**

ORIGINAL

|  | TIME IN COURT: | 1 | HRS. | 4 | MINS. |
|---|---|---|---|---|---|
| FILED IN OPEN COURT | DATE: 7/23/2021 | TIME: | 2:48 pm | TAPE: | FTR |

**MAGISTRATE (PRESIDING):** ALAN J. BAVERMAN           **DEPUTY CLERK:** Lisa Enix

| CASE NUMBER: | 1:21-MJ-700 | DEFENDANT'S NAME: | Dawuan Na'jee Williams |
|---|---|---|---|
| AUSA: | Theodore Hertzberg | DEFENDANT'S ATTORNEY: | Kendal Silas |
| USPO/PTR: | Lisa Moore | TYPE OF COUNSEL: | FDP |
| | ARREST DATE: | | |
| | INTERPRETER: | | |
| X | INITIAL APPEARANCE HEARING: ( ) IN THIS DISTRICT | DFT IN CUSTODY? ( ) YES ( ) NO | |
| | Due Process Protection Act Warning Given to Government's Counsel.  Order on Page 2 | | |

**COUNSEL**

| X | ORDER appointing Federal Defender as counsel for defendant | | INITIAL APPEARANCE ONLY |
|---|---|---|---|
| | ORDER appointing | as counsel for defendant. | |
| | ORDER defendant to pay attorney's fees as follows: | | |
| | ORDER giving defendant until | to employ counsel. | ( ) ORDER to follow |

**PRELIMINARY HEARING**

| | PRELIMINARY HEARING SET | | at | |
|---|---|---|---|---|
| | DEFENDANT WAIVES PRELIMINARY HEARING | WAIVER FILED | | |
| X | PRELIMINARY HEARING HELD.  HEARING CONTINUED UNTIL 7/28/21 AT 11:30 AM | PROBABLE CAUSE FOUND; DEFENDANT HELD TO DISTRICT COURT | | |
| | MISCELLANEOUS | | | |

**BOND/PRETRIAL DETENTION HEARING**

| X | Government motion for detention filed.  Hearing set | 7/28/2021 | at | 11:30 am |
|---|---|---|---|---|
| | Temporary Commitment issued.  Remanded to USM | | | |
| | Bond Hearing Held | | | |
| | Government motion for detention | GRANTED | DENIED | WAIVED | WITHDRWAN |
| | Pretrial Detention Ordered. | Written Order to follow. | | |
| | BOND SET AT | | | |
| | NON-SURETY | | | |
| | SURETY | ( ) CASH | ( ) PROPERTY | ( ) CORPORATE SURETY |
| | SPECIAL CONDITIONS: | | | |
| | BOND FILED; DEFENDANT RELEASE. | | | |
| | BOND NOT EXCUTED. DEFENDANT TO REMAIL IN MARSHAL'S CUSTODY. | | | |
| X | WITNESSES: Agent Michael Bustard, sworn and testified. Agent Ben Southall, sworn and testified. | | | |

| | |
|---|---|
| X | **EXHBITS:**<br><br>**Government's Exhibits # 1 - 8 admitted.** |
| | Order<br><br>  Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.<br><br>  The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances. |