ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 23 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAWAUN NA'JEE WILLIAMS,<br>A/K/A KYLE EVAN COBB | Criminal Action No.<br>1:21-MJ-700-RDC |

### Government's Motion for Detention

The United States of America, by counsel, Kurt R. Erskine, Acting United States Attorney, and Theodore S. Hertzberg, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) & (f).

1. **Eligibility of Case**

This case is eligible for a detention order because this case involves:

- Any felony that is not otherwise a crime of violence but which involves the possession/use of a firearm; and
- A serious risk that the defendant will flee.

2. **Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

3. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: July 23, 2021.

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

Respectfully submitted,

KURT R. ERSKINE
Acting United States Attorney

THEODORE S. HERTZBERG
Assistant United States Attorney
Ga. Bar No. 718163

## Certificate of Service

I served this document today by handing a copy to defense counsel.

July 23, 2021

                        /s/ THEODORE S. HERTZBERG
                        THEODORE S. HERTZBERG
                        Assistant United States Attorney