AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

FILED IN CHAMBERS
JUL 23 2021
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

__NORTHERN__   District of   __GEORGIA__

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

**DAWUAN NA'JEE WILLIAMS**
*Defendant*

Case   1:21-MJ-700-RDC

Upon motion of the __U. S. GOVERNMENT__, it is ORDERED that a detention hearing is set __July 27, 2021__* at __11:30 am__
  *Date*                                *Time*

before __ALAN J. BAVERMAN__
  *Name of Judicial Officer*

__U. S. Courthouse 75 Ted Turner Drive Street, S.W., Atlanta, GA 30303__
  *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
_____ and produced for the
  *Other Custodial Official*

Date: _____          _____
                                          *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.