# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Dawuan Na'jee Williams | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number: 1:21-MJ-0700 |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Dawuan Na'jee WILLIAMS

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: possession of a firearm by a prohibited person; making a false and fictitious oral or written statement in connection with the acquisition of a firearm from a licensed dealer of firearms, and furnishing and exhibiting a false, fictitious, and misrepresented identification, intended or likely to deceive such federally licensed firearms dealer with respect to any fact material to the lawfulness of the sale or such firearm; and, during and in relation to a violation of Title 18, United States Code, Section 922(a)(6), knowingly transferring, possessing, and using, without lawful authority, a means of identification of another person,

in violation of Title 18, United States Code, Sections 922(g)(1), 922(a)(6), and 1028A(a)(1).

| | |
|---|---|
| REGINA D CANNON<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| <br>Signature of Issuing Officer<br>Issued pursuant to Fed. R. Crim. P. 4.1 | July 20, 2021<br>Atlanta, Georgia<br>Date and Location |
| Bail Fixed at $_____ | by _R. Cannon_<br>Name of Judicial Officer |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 06 2021
KEVIN P WEIMER, Clerk
By_____ Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

416 Montgomery Place Jonesboro, GA

Date Received: 7-20-2021

Date of Arrest: 7-22-2021

Michael Bustaen SA
Name and Title of Arresting Officer

_____
Signature of Arresting Officer