U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 17 2021

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2021R00674)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:  Clayton                           DISTRICT COURT NO.  1 21-CR-310

                                                MAGISTRATE CASE NO.    1:21-MJ-700

X Indictment                 Information              X Magistrate's Complaint
DATE: August 17, 2021        DATE:                    DATE: July 20, 2021

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>DAWAUN NA'JEE WILLIAMS | SUPERSEDING INDICTMENT<br>Prior Case Number:<br>Date Filed: |

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    X Yes    No
Is the defendant in custody on this charge or other conviction?    On this charge
Is the defendant awaiting trial on other charges?    Yes    X No
    Other charges:
    Name of institution:

Will the defendant require an interpreter?    Yes    X No

District Judge:
Magistrate Judge:  Regina D. Cannon

Attorney:  Theodore S. Hertzberg
Defense Attorney:  Kendal Demetrius Silas