IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>DAWUAN NA'JEE WILLIAMS | Criminal Action No.<br><br>1:21-CR-310-SDG-LTW |

## **ORDER**

This case is before the Court for consideration of the Government's Unopposed Motion to Correct Typographical Error in the Indictment. After due consideration, the motion is hereby GRANTED. The Clerk is DIRECTED to substitute the corrected Indictment attached to the Government's motion as Exhibit A for the original Indictment. The Clerk is FURTHER DIRECTED to correct the docket to reflect the spelling of Defendant's first name as "Dawuan."

**SO ORDERED**, this _____ day of August, 2021.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

Prepared by:
Theodore S. Hertzberg
Assistant U.S. Attorney