IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION |
| | ) | NO. 1:21-CR-310-SDG-LTW |
| DAWUAN WILLIAMS | ) | |

## WITHDRAWAL OF MOTION

Comes now the Defendant, DAWUAN WILLIAMS, by and through undersigned counsel, and withdraws docket entry number 33, Preliminary Motion to Suppress Evidence. Docket entry 33 is a duplicate of docket entry 32. Undersigned counsel intended to file a motion to suppress identification testimony instead of a duplicate of docket entry number 32. Undersigned counsel will proceed to file the motion to suppress identification testimony on Mr. Williams's behalf.

Dated: This 24th day of September, 2021.

Respectfully submitted,

/s/ *Kendal Silas*
KENDAL SILAS
State Bar No. 645959
Attorney for DAWUAN WILLIAMS

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, GA 30303
(404) 688-7530
Kendal_Silas@fd.org

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Withdrawal of Motion was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

>Theodore Hertzberg, Esq.
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303

DATED:  This 24th day of September, 2021.

>/s/ *Kendal Silas*
>KENDAL SILAS
>State Bar No. 645959
>Attorney for DAWUAN WILLIAMS