# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00310-SDG-LTW
## USA v. Williams
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 02/09/2022.

TIME COURT COMMENCED: 11:10 A.M.
TIME COURT CONCLUDED: 11:30 A.M.
TIME IN COURT: 00:20
OFFICE LOCATION: Atlanta
COURT REPORTER: Alicia Bagley
DEPUTY CLERK: Alisha Holland

| | |
|---|---|
| DEFENDANT(S): | [1]Dawuan Na'Jee Williams Present at proceedings |
| ATTORNEY(S) PRESENT: | Theodore Hertzberg representing USA<br>Kendal Silas representing Dawuan Na'Jee Williams |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Defendant was sworn, advised of rights, and a binding guilty plea was entered as to count two of the Indictment. The Court accepted the plea as knowingly and voluntarily entered, however, defers its decision as to whether it will accept the binding plea until it reviews the Pre-Sentence Report. Sentencing is set for May 10, 2022 at 2:00 p.m. The Court ordered the government to notify the Court of any material information contained in the Pre-Sentence Report that was not known at the time the plea agreement was executed. Separate sentencing hearing order to follow. |
| HEARING STATUS: | Hearing Concluded |