# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cr-00310-SDG-LTW
### USA v. Williams
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 06/06/2022.

TIME COURT COMMENCED: 2:15 P.M.
TIME COURT CONCLUDED: 3:05 P.M.    COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:50    DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Dawuan Na'Jee Williams Present at proceedings |
| ATTORNEY(S) PRESENT: | Theodore Hertzberg representing USA<br>Kendal Silas representing Dawuan Na'Jee Williams |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing held on June 6, 2022. The defendant withdrew his previous objections to paragraphs 55 and 75-77. The Court OVERRULED the defendant's objection to paragraph 57. The Court OVERRULED the governments objection to paragraph 78. The Court adopted the Presentence Report and made it the findings of the Court. The Court heard from Government's and Defendant's counsel in support of their proposed binding plea agreement, as well as an allocution from the defendant. The Court accepted the binding plea agreement. The Court pronounced the sentence as to Count 2 of the Indictment as 120 months' imprisonment, 3 years of supervised release with mandatory, standard, and special conditions, no fine, and a special assessment of $100. Government's and Defendant's counsel preserved their previous Guideline objections. The Court advised Defendant of his right to appeal. |
| HEARING STATUS: | Hearing Concluded |